# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 12, 2021

Lyle W. Cayce
Clerk

No. 20-20477

RICHARD WINFREY, JR.,

*Plaintiff—Appellee*,

*versus*

SAN JACINTO COUNTY,

*Defendant*,

MEGAN WINFREY,

*Plaintiff—Appellee*,

*versus*

LENARD JOHNSON, *Former San Jacinto County Sheriff's Department Deputy*,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. 4:10-CV-1896, 4:14-CV-448

Before CLEMENT, SOUTHWICK, and WILLETT, *Circuit Judges*.

No. 20-20477

PER CURIAM:*

This is the fourth appeal in this § 1983 malicious-prosecution case.[1] Having heard oral argument and reviewed the briefing, record, and applicable law, we find no reversible error and AFFIRM, thus upholding the jury verdict in favor of Plaintiffs.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

[1] *See Winfrey v. San Jacinto Cnty.* (*Winfrey I*), 481 F. App'x 969 (5th Cir. 2012); *Winfrey v. Rogers* (*Winfrey II*), 901 F.3d 483 (5th Cir. 2018); *Winfrey v. Johnson* (*Winfrey III*), 766 F. App'x 66 (5th Cir. 2019).